UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00241

**Reginald Turner,**
*Plaintiff,*

v.

**Super One Grocery,**
*Defendant.*

# O R D E R

Plaintiff Reginald Turner, proceeding pro se, brought this negligence action concerning an alleged slip and fall at defendant's store in Longview, Texas. Doc. 1. This case was referred to United States Magistrate Judge John D. Love. On July 10, 2024, the magistrate judge issued a report recommending that this case be dismissed without prejudice for lack of subject-matter jurisdiction. Doc. 2. Plaintiff filed objections to the report and recommendation. Doc. 4.

The court reviews the objected-to portions of a report and recommendation de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the court examines the entire record and makes an independent assessment under the law. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

In his objections to the report and recommendation, plaintiff maintains his assertions regarding a slip and fall incident at defendant's store. Doc. 4. These objections simply restate plaintiff's allegations and fail to show how the court has subject-matter jurisdiction over any such claims. Specifically, plaintiff has failed to allege any facts regarding how the requirements of 28 U.S.C. § 1332 are met despite having been placed on notice of the need to do so. The court has reviewed the pleadings and filings in this case and agrees that it lacks subject-matter jurisdiction.

Accordingly, this case is dismissed without prejudice for lack of subject-matter jurisdiction. All motions pending in this civil action are denied as moot.

*So ordered by the court on August 23, 2024.*

J. CAMPBELL BARKER
United States District Judge